UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

VERNON NELSON MARLOW, III

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-44 (GHL)

Eric Swartz, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere as to count(s) 1 and 3 (as amended on the record) of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law and Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED:** October 12, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 with a special assessment of $25.00 for Count 1 and a fine of $250.00 with a special assessment of $5.00 for amended Count 3. Total amount of the fine and special assessment amounts to $780.00, payable no later than October 15, 2008. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** original counts 2-4 of the Information are dismissed on motion of the United States.

___September 10, 2008___
Date of Imposition of Sentence

___September 25, 2008___
DATE SIGNED

___[signature]___
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE